IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KAMITIA HILL,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:19-CV-1389-L-BH** |
| § | |
| **ANDREW M. SAUL,** § | |
| **Commissioner of Social Security** § | |
| **Administration,** § | |
| § | |
| Defendant. § | |

# ORDER

On September 29, 2020, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 21) was entered, recommending that the court reverse the decision of the Commissioner of the Social Security Administration (the "Commissioner") and remand this social security appeal for further proceedings consistent with the Report. No objections to the Report were filed.

After considering the pleadings, file, record, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's decision is **reversed**, and this case is **remanded** for further proceedings consistent with the findings and conclusions set forth in the Report.[*]

---

[*] As the court was about to enter this order, it noticed that the parties had filed earlier today a Notice and Election Regarding Consent to Proceed Before [the] Magistrate Judge (Doc. 22). Normally, upon receiving a joint notice of consent such as this, the court would enter an order reassigning the case to the magistrate judge; however, because the notice was filed after issuance of the Report and deadline for filing objections, no objections to the Report were filed, and the court agrees with the magistrate judge's recommendation, it makes no sense to further delay the resolution of this action by assigning to the magistrate judge at this late juncture.

Order – Page 1

**It is so ordered** this 29th day of October, 2020.

                                                _____
                                                Sam A. Lindsay
                                                United States District Judge